**Order entered November 5, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-01161-CV
No. 05-18-01162-CV
No. 05-18-01163-CV
No. 05-18-01164-CV
No. 05-18-01165-CV
No. 05-18-01166-CV
No. 05-18-01167-CV

**IN THE INTEREST OF E.M., A CHILD**

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. DF-03-00170-R, DF-16-27206-R, DF-17-15414-R,**
**DF-16-27181-U, DF-16-27204-U, DF-16-02192-U, and DF-10-13428-Y**

## ORDER

Before the Court is court reporter Janet Saavedra's November 2, 2018 request for a 10-day extension of time to file the record. We **GRANT** the request and **ORDER** the record be filed no later than November 15, 2018.

/s/     DAVID EVANS
        JUSTICE